AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| Jeffrey Brown, pro se., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-CV-192 |
| City of East Cleveland, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of East Cleveland,  East Cleveland Police Department and East Cleveland Police Officer Mark Allen   .

Date:   09/11/2018

/s/ Heather Colleen McCollough
*Attorney's signature*

Heather Colleen McCollough 75882
*Printed name and bar number*

City of East Cleveland
14340 Euclid Avenue
East Cleveland, Ohio 44112
*Address*

hmccollough@eastcleveland.org
*E-mail address*

(216) 681-2174
*Telephone number*

(216) 681-2199
*FAX number*